UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jammie S. Siemer,                             Case No. 3:20-cv-1419

         Plaintiff

   v.                                    MEMORANDUM OPINION
                                           AND ORDER

Commissioner of Social Security,

         Defendant

Before me is the Report and Recommendation ("R & R") of Magistrate Judge William H. Baughman, Jr. filed on July 13, 2021. (Doc. No. 20). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Baughman's R & R, I adopt it in its entirety as the Order of the Court. Because the ALJ failed to apply the proper legal standards in evaluating the opinion of Plaintiff's treating physician, the Commissioner's decision must be reversed and remanded. I agree with Judge Baughman's recommendation that, on remand, the ALJ shall not only remedy the error with respect to the treating physician opinion, but also reconsider the state-agency sources to determine whether those opinions remain valid for a closed period prior to 2018.

So Ordered.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge